UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

No. 2:15-mj-1021

| | | |
|---|---|---|
| IN RE REQUEST BY SPAIN | ) | |
| FOR THE EXTRADITION OF | ) | **ORDER** |
| INOCENTE ORLANDO MONTANO MORALES | ) | |

For good cause shown, the United States' motion to seal the proposed sealed motion at docket entry #11 is hereby GRANTED.

SO ORDERED.

This the 49ýj day of April 2015.

*Kimberly A. Swank*
KIMBERLY A. SWANK
United States Magistrate Judge