| | |
|---|---|
| *IN RE* REQUEST BY SPAIN FOR THE EXTRADITION OF INOCENTE ORLANDO MONTANO MORALES | ORDER |

On motion of the Relator, Inocente Orlando Montano Morales, and for good cause shown, it is hereby ORDERED that [DE-54] be sealed until further notice by this Court. The grounds for this Order are found at [DE-53].

Accordingly, it is ORDERED that this document be filed under seal and to remain so sealed until otherwise ordered by the Court, except that copies may be provided to the Assistant United States Attorney and Counsel for the Defendant.

IT IS SO ORDERED this 27th day of October 2015.

_____
KIMBERLY A. SWANK
United States Magistrate Judge