UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:15-mj-1021-KS

| | |
|---|---|
| *IN RE* REQUEST BY SPAIN FOR THE EXTRADITION OF INOCENTE ORLANDO MONTANO MORALES | ORDER |

This matter comes before the Court upon motion by the Relator Inocente Orlando Montano Morales, for an order sealing the Memorandum at Docket Entry 45. For good cause shown, the motion is granted. Under further notice by the Court, the Memorandum at Docket Entry 45 shall remain sealed, except that copies may be given to Assistant United States Attorneys Eric Goulian and John Capin, and to Counsel for Mr. Montano.

IT IS SO ORDERED.

This the 27th day of October 2015.

_____
KIMBERLY A. SWANK
United States Magistrate Judge