UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:15-mj-1021-KS

| | |
|---|---|
| *IN RE* REQUEST BY SPAIN FOR THE EXTRADITION OF INOCENTE ORLANDO MONTANO MORALES | ORDER |

This matter comes before the Court upon motion by the Relator Inocente Orlando Montano Morales, to seal Attachments 1 & 2, located at Docket Entry 48. For good cause shown, the motion to seal is granted. The attachments at Docket Entry 48 will remain sealed pending further notice by the Court. However, copies shall remain available to Assistant U.S. Attorneys Eric Goulian and John Capin, and to Counsel for Mr. Montano.

IT IS SO ORDERED.

This the 27th day of October 2015.

_____
KIMBERLY A. SWANK
United States Magistrate Judge